

# THE THIRTEENTH COURT OF APPEALS

13-13-00347-CV

MICAH DYER
v.
RODOLFO FRANZ, DBA NATIONAL TOW

On Appeal from the
County Court at Law No 4 of Hidalgo County, Texas
Trial Cause No. CL-12-3193-D

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed in part, and the case should be remanded to the trial court. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED IN PART, and the case is REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged 50% against appellant and against appellee.

We further order this decision certified below for observance.

February 27, 2014